```
         IN THE UNITED STATES DISTRICT COURT
        FOR THE NORTHERN DISTRICT OF GEORGIA
                    ATLANTA DIVISION
```

UNITED STATES OF AMERICA,

    CRIMINAL CASE NO.

v.

    1:13-cr-229-01-JEC-JSA

GABRIEL JIMENEZ-ANTUNEZ,

    Defendant.

## **ORDER**

This case is before the Court on the Magistrate Judge's Report and Recommendation [99] recommending accepting defendant's plea of guilty tendered on December 13, 2013. No objections to the Report and Recommendation [99] have been filed.

It is hereby Ordered that the Court **ADOPTS** the Magistrate Judge's Report and Recommendation [99] and **ACCEPTS** the defendant's plea of guilty as to Counts One and Three of the Indictment.

SO ORDERED this 23rd day of May, 2014.

                                         /s/ Julie E. Carnes
                                         JULIE E. CARNES
                                         CHIEF U.S. DISTRICT JUDGE